NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PENTAIR WATER POOL AND SPA, INC.,**
*Appellant*

**v.**

**HAYWARD INDUSTRIES, INC.,**
*Appellee*

———————————

2015-1409

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00287.

———————————

## JUDGMENT

———————————

MARK BOLAND, Sughrue Mion, PLLC, Washington, DC, argued for appellant. Also represented by RAJA N. SALIBA, GRANT SIMON SHACKELFORD.

STEVEN HALPERN, McCarter & English, LLP, Newark, NJ, argued for appellee. Also represented by MARK ANANIA, SCOTT S. CHRISTIE, MARK NIKOLSKY, ELINA SLAVIN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 11, 2016 　　　　　　 /s/ Daniel E. O'Toole
Date 　　　　　　 Daniel E. O'Toole
　　　　　　 Clerk of Court